Daniel M. Gilleon (SBN 195200)
Robert S. Gans (SBN 214420)
Samuel A. Clemens (SBN 285919)
Gilleon Law Firm, APC
1320 Columbia Street, Suite 200
San Diego, CA 92101
Tel: 619.702.8623/Fax: 619.702.6337
Email: bob@gilleonlawfirm.com
            sam@gilleonlawfirm.com

Attorneys for Plaintiff L.S.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S.,<br><br>                              Plaintiffs,<br><br>        vs.<br><br>WILLIAM ASHLEY OLIVER III, and DOES 1 through 20,<br><br>                              Defendants. | **CASE NO.: 19-CV-746-JLS-LL**<br><br>U.S. District Judge Janis L. Sammartino<br><br>U.S. Magistrate Judge Linda Lopez<br><br>**VOLUNTARY DISMISSAL [FED. R. CIV. P. 41(a)(1)]** |

Plaintiff L.S. and Defendant William Ashley Oliver III hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this Action shall be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorneys' fees and costs.

/ / /

/ / /

/ / /

1   Dated: April ___, 2020                      GILLEON LAW FIRM, APC

2

3                                               By:_____
                                                      Robert S. Gans

4                                               Attorneys for Plaintiff L.S.

5   Dated: April ___, 2020                      HIGGS FLETCHER & MACK  LLP

6

7                                               By:_____
                                                      Geoffrey M. Thorne

8                                               Attorneys for Defendant
                                                William A. Oliver III
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28